

# Table of Contents

Order for Conference and Disclosure of Interested Parties ......................................................... 1

Galveston Divison Rules of Practice ......................................................................................... 4

State Court filings ................................................................................................................... 10

Plainitff's Original Petition ..................................................................................................... 12

State Court Docket Sheet ........................................................................................................ 25

Index of State Court Filings .................................................................................................... 42

Party Contact Information ....................................................................................................... 43

Certificate of Service In a Removed Action ............................................................................. 46

Gautreaux Certificate of Interested Parties ............................................................................. 48

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **LESLYE MALLARD AND** | § | |
| **WALTER HODGES,** | § | |
| *Plaintiffs,* | § | |
| | § | **CIVIL ACTION** |
| **vs.** | § | **NO. 3:25-cv-00219** |
| | § | |
| **STACY GAUTREAUX,** | § | |
| *Defendant.* | § | |
| | § | |

### ORDER FOR CONFERENCE AND
### DISCLOSURE OF INTERESTED PARTIES

1. Counsel and all parties appearing *pro se* shall appear for an initial
   pretrial conference:

   _____ ____, 20___, at ___:___ __.m.
   Before the Hon. Jeffrey V. Brown
   United States District Judge
   United States Courthouse
   Galveston Division
   601 Rosenberg, Room 411
   Galveston, TX 77550

2. Within **90 days** of filing the complaint or removing this suit from
   state court, the plaintiff or plaintiffs filing this suit or the party
   removing it must serve the opposing party or parties with copies of:
   a. This Order;
   b. The summons and complaint;
   c. The Court's procedures with all attachments.

   Failure to file proof of service may result in dismissal by the Court on
   its own initiative. *See* FRCP 4(m).

3. Within **15 days** of receiving this Order, counsel for each party must
   file a list identifying all known attorneys of record and all persons
   or entities that are financially  interested in this litigation,

1

including parent, subsidiary, and affiliated corporations. An individual listing is not necessary when a group description is effective disclosure. <u>Underline the names of corporations with publicly traded securities.</u> Promptly amend the list whenever new parties or counsel are added or additional interested persons or entities are identified.

4. At least **14 days** before the initial pretrial conference, counsel and all parties appearing pro se must complete and file the Joint Discovery/Case Management Plan using the form attached to the Court's procedures. See FRCP 26(f).

5. Prior to the conference, the Court will typically enter a scheduling and docket control order. If none is entered, or if the parties will request a schedule different from one that has been entered, counsel must complete and file as an attachment to the Joint Discovery/Case Management Plan a joint proposed scheduling and docket control order using the form referenced in the Court's procedures. The parties must confer in good faith to seek agreement on deadlines for completion of all pretrial matters. Clearly identify any disagreements with reasons in support of the requests made.

6. By the day of the conference, counsel must interview their clients and read all relevant documents.

7. In advance of the conference, counsel must also discuss alternative dispute resolution with their clients and each other. At the conference, the Court will consider potential ADR methods suited to this case.

8. Counsel designated of record as attorney-in-charge must appear at the initial pretrial conference. The Court permits substitution of counsel for this conference only on showing of good cause. File and seek ruling on any such motion well in advance of the conference.

2

9. The Court may address any pending motion at the conference. Any counsel or pro se party who appears at the conference must be:

   a. Fully familiar with the facts and the law applicable to the case;

   b. Prepared to argue any pending motion and to discuss any anticipated motion;

   c. Prepared to discuss potential alternative dispute resolution methods suited to the case; and

   d. Authorized to bind the client on all matters discussed at the conference.

10. In any case set for an initial conference before the Magistrate Judge, she is granted authority (even when the case hasn't been entirely referred) in her discretion to:

    a. Adjust the date of the conference as needed;

    b. Adjust the scheduling and docket control order as needed;

    c. Address and resolve and/or make recommenda-tion upon any pending motion;

    d. Undertake settlement conference upon joint request or agreement by the parties; and

    e. Enforce all orders issued pursuant to his authority.

11. The parties are bound by this Order, the papers mentioned in paragraphs 4 and 5 above, and the dates set out in the scheduling and docket control order to be entered in this case.

12. Failure to comply with this Order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

# GALVESTON DIVISION RULES OF PRACTICE

Your attention is directed to these rules which apply to cases before Judge Jeffrey V. Brown in the Galveston Division of the Southern District of Texas.

Plaintiffs must serve a copy of these rules on each defendant with the summons and complaint. A party removing a case to this court must serve a copy of these rules on all other parties with the removal papers. Proof reflecting service of these rules must be filed with the U.S. District Clerk. A certificate of service form for use in removed cases can be found on Judge Brown's homepage. Judge Brown's homepage can be found at https://www.txs.uscourts.gov/page/united-states-district-judge-jeffrey-v-brown.

Parties may, at their option, proceed with civil cases before United States Magistrate Judge Andrew M. Edison. A consent form for parties who consent to proceed before Judge Edison can be found on Judge Brown's homepage. Interested parties should refer to the "Notice of the Right to Try a Civil Case Before a Magistrate Judge," which is also available on Judge Brown's homepage.

These rules are to be used in conjunction with the Local Rules for the Southern District of Texas and not as a substitute for them, except where expressly noted. The local rules for the Southern District can be found at www.txs.uscourts.gov/page/local-federal-rules.

## 1. Contact with Court Personnel

The court expects parties to file documents through the Case Management/Electronic Case Filing (CM/ECF) System. *See* Southern District Local Rule 5.1 and the District's Administrative Procedures for CM/ECF (as amended and available at www.txs.uscourts.gov). *Pro se* parties who are not

Updated June 4, 2024

granted access to CM/ECF may file their documents in person at the clerk's office on the fourth floor of the Galveston courthouse.

Case-related inquiries should be made to the case manager, George Cardenas, at 409-766-3737 or at george_cardenas@txs.uscourts.gov.

Information about the status of documents, entry of orders, or docket entries should be obtained from CM/ECF or PACER or, if absolutely necessary, from the U.S. District Clerk's office (409-766-3530).

**2.    Rule 16 Conferences and Docket-Control Orders**

Rule 16 conferences will be scheduled by the court and handled by Judge Edison. At least one attorney for each party must attend.

A Joint Discovery/Case Management Plan, in the form found on Judge Brown's homepage, must be filed at least 10 days before the Rule 16 conference. At the Rule 16 conference, Judge Edison will issue a docket-control order, the form of which is also on Judge Brown's homepage.

If new parties are joined after entry of the docket-control order, the party causing such joinder shall provide to the new parties copies of both the operative docket-control order and these rules.

**3.    Continuances of Docket-Control Deadlines and Trial Settings**

The parties may agree to extensions of discovery deadlines without seeking court approval, so long as the extension does not affect the dispositive-motion deadline or the docket-call date. Continuing the dispositive-motion deadline or the docket-call date requires a motion. Agreed motions for continuance are not binding on the court.

Vacation requests will be respected if they are made well in advance of a trial setting or hearing date.

**4.    Appearances by Telephone**

Though the court prefers that counsel attend proceedings in person, it does conduct some hearings and conferences by telephone. Out-of-town counsel wishing to appear by telephone should make a request to the case manager. The court will attempt to accommodate such requests, if feasible.

**5.    Motion Practice**

a.  The court generally follows the written-motion practice described in the Southern District Local Rules. But if counsel believes an oral hearing would

assist the court, a request for oral hearing may be made. The case manager will notify counsel if the court decides to convene an oral hearing.

b. A party should not file a motion and separate "Memorandum of Law." The motion should include the party's argument supporting the relief sought.

c. All non-dispositive motions should include a proposed order. Proposed orders must relate to the substance of the filed motion, be more than a mere "Grant/Deny" form, and include Judge Brown's signature block. Motions for continuance and motions to revise the docket-control order must include proposed dates.

d. The court will strike non-dispositive motions that do not include a certificate of conference. *See* Southern District Local Rule 7.1.

e. If a party wishes to file a pleading, motion, or exhibit under seal, it must be accompanied by a motion to seal. The item will then be admitted under seal if the court deems such filing to be necessary.

f. Filings must be double-spaced and in 13-point or larger font. Absent leave of court, any motion or response shall be limited to 30 pages. Replies are limited to 15 pages. A filing that contains more than 10 pages of argument must contain a short statement of the nature and stage of the proceeding, a short summary of the argument, and a table of authorities. Filings should substantially comply with *The Bluebook: A Uniform System of Citation*, the Texas Law Review's *The Greenbook: Texas Rules of Form* and *Manual on Usage & Style* (a.k.a. "The Whitebook"), and Bryan Garner's *The Redbook: A Manual on Legal Style*. Conflicts between *The Bluebook* and *The Greenbook* should be resolved in *The Greenbook*'s favor. Any citation to these rules should follow this example: Gal. Div. R. Prac. 5.

g. Responses to motions must be filed within 21 days unless the court orders otherwise. Replies must be filed within 7 days of the date the response is filed. Any extension of these deadlines must be obtained by motion; though the court would be pleased to see that such a motion is unopposed, a mere agreement between the parties will be insufficient to extend the deadline.

h. A party wishing to file a surreply, or a sur-surreply, must first obtain leave of court by motion. The court will strike unauthorized surreplies and sur-surreplies. Surreplies and sur-surreplies, if allowed, are limited to 10 pages.

i. Any late filing must be accompanied by a motion for leave to file, or the court may strike it. The motion must provide an adequate excuse for why the party failed to request an extension of time in advance of the relevant deadline.

j.  Exhibits to motions, responses, and other briefs and pleadings should be readily distinguishable from both the document to which they are appended and each other. Each exhibit should be individually attached and descriptively labeled on CM/ECF. Exhibits consisting of sound or video files should be sent to the court in USB thumb drives—not on CDs.

k.  A motion to suppress in a criminal case must be filed before the pretrial conference unless otherwise ordered by the court. *See* Fed. R. Crim. P. 12.

## 6.    Special Requirement for Motions to Dismiss under Rule 12(b)

[Withdrawn.]

## 7.    Discovery Disputes

The court expects that the parties will make a serious attempt to resolve all discovery issues without court intervention. When those earnest and valiant attempts prove unsuccessful, the parties should file a ***joint*** letter not to exceed two pages outlining the dispute, each side's position, and the efforts made to resolve the dispute. Typically, the court will then convene a telephone conference to resolve the issue as quickly as possible. Parties should not file a motion to compel without first exhausting this procedure.

## 8.    Settlements

Parties contemplating settlement may so advise the court by calling the case manager so that the court can postpone consideration of any pending motions. If the parties succeed in settling the case, they must inform the court immediately.

The court will order conditional dismissal—without prejudice to the right of any party to move to reinstate within 60 days—on all settlement announcements.

Upon settlement of a suit involving a minor plaintiff, counsel should jointly move for appointment of a guardian *ad litem* if there is a potential conflict of interest between the parent(s) and the minor. The parties may (but are not required to) submit the names of proposed guardians *ad litem* upon whom they agree. The court will consider any names submitted but may appoint as guardian *ad litem* a person whose name has not been submitted by counsel.

## 9.    Docket Calls and Trial Settings

The docket-control order will include a docket-call date. The docket call is a final pretrial conference and parties should be prepared to discuss any pending matters. At the docket call, the court will set the case for trial on a date certain within the next 60 days.

**10.    Pretrial Filings in Jury Cases**

The parties should not file a joint pretrial order. Instead, at least 24 hours before the docket call, each party should file the following, each as a separate document: exhibit list, witness list, proposed *voir dire* questions, proposed jury instructions, motions *in limine*, and deposition designations and objections. Each party should also submit to the court a tabbed binder containing these filings and a separate tabbed binder containing its exhibits.

The parties should exchange proposed motions *in limine*, exhibit lists, and deposition designations at least one week before docket call. Before docket call, they should confer and narrow the issues to be presented to the court.

**11.    Trial Exhibits**

The court follows Southern District Local Rules 44 and 46, which require pretrial objections to the authenticity and admissibility of exhibits. Counsel is reminded that Fed. R. Civ. P. 11 applies to authenticity objections. The court will typically address evidentiary objections before trial and will seek to early-admit as many exhibits as possible.

**12.    *Voir Dire***

The court generally conducts a preliminary examination of the jury panel. Following the court's examination, each side may be allowed to examine the panel briefly, provided that proposed *voir dire* questions were properly submitted in accordance with these rules.

**13.    Deposition Use at Trial**

The court will accept the parties' agreement to use a deposition at trial even though the witness is available.

**14.    Bench Trials**

For cases to be tried to the bench, parties should follow Galv. Div. R. Prac. 10 regarding exhibit lists, witness lists, and deposition designations and objections. In lieu of closing arguments, the court may allow the parties to file post-trial briefs. Whether post-trial briefs are filed or not, the parties must file proposed findings of fact and conclusions of law. On a cases-by-case basis, the court may require proposed findings and conclusions to be filed before trial.

## 15.   Emergency Motions and TROs

A party intending to seek an expedited ruling on an application for TRO, a motion for preliminary injunction, or any other motion it believes to be an emergency must notify the case manager in advance of the impending filing.

For hearings on preliminary injunctions, parties should follow Gal. Div. R. Prac. 10 regarding exhibit lists, witness lists, and deposition designations and objections. The parties should exchange these materials at least 72 hours before the hearing and confer beforehand to narrow evidentiary objections.

## 16.   Cases With No Factual Nexus to the Galveston Division

Occasionally, plaintiffs file matters in the Galveston Division with no factual nexus to the division. The court will screen for such situations at the initial scheduling conference. In any case with no obvious factual nexus to the Galveston Division, the court will order the plaintiff, within 14 days, to explain the case's connection to the division and how the court should weigh the *In re Volkswagen* private- and public-interest factors. *See* 545 F.3d 304, 315–18 (5th Cir. 2008) (en banc). The defendant will have 7 days to respond. The court will then determine whether, for the convenience of the parties and witnesses and in the interest of justice, it should transfer the case to a more appropriate division under 28 U.S.C. § 1404. The court will also entertain parties' motions to transfer such cases under § 1404, whether filed before or after the initial scheduling conference.

## 17.   Tendering Expert Witnesses at Trial

Whether in a jury or bench trial, counsel should not "tender" expert witnesses to the court for recognition of their expertise. The court will refuse all such tenders.

## CITATION

### THE STATE OF TEXAS

LESLYE MALLARD, ET AL VS. STACY GAUTREAUX

Cause No.: 25-CV-0624
10th District Court of Galveston County

TO:    STACY GAUTREAUX
       313 Oak Springs Lane
       Carencro, LA 70520

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **10th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed April 16, 2025. It bears cause number **25-CV-0624** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 21st day of April, 2025.**

Issued at the request of:
Christopher D Bertini
Godsey Martin, P.C.
2950 North Loop West, Suite 400
Houston, TX 77092



John D. Kinard, District Clerk
Galveston County, Texas

By    Alondra Alvarez, Deputy

---

## The District Courts of Galveston County, Texas Status Conference Notice
### Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | |
|---|---|---|---|---|
| Court Name | Status Conference Time | Court Phone Number | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date :07/10/2025 set in the 10th District Court - Judge Rebecca Millo

## RETURN OF SERVICE

| Case No. 25-CV-0624 | In the 10th District Court |
|---|---|
| | LESLYE MALLARD, Et Al vs. STACY GAUTREAUX |

Come to hand on _____ _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

| To: | STACY GAUTREAUX |
|---|---|
| | 313 Oak Springs Lane |
| | Carencro, LA 70520 |

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

| FEES: Serving CITATION and copy $_____ | |
|---|---|
| TOTAL FEES AND MILEAGE $ | Mileage _____ miles @ $_____ per mile    Total $ _____ |

Signed on _____ day of _____ 20_____                                          **Officer**

                                                                                                                            **County, TX**

                                                                                                            **Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with rule **107 (c)**.The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.

"My name is _____, my date of birth is_____
                      (First)                (Middle)                (Last)

And my address is _____
                                                  Street, City, State, Zip, County

        "I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _____ County, State of _____, on _____.

| Declarant/Authorized Process Server Signature | ID# and expiration of certification |
|---|---|

Filed: 4/16/2025 3:54 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 99759949
By: Marissa Medina
4/17/2025 9:17 AM

25-CV-0624

CAUSE NO. _____

| | | |
|---|---|---|
| LESLYE MALLARD AND WALTER HODGES<br>*Plaintiffs,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br><br>Galveston County - 10th District Court |
| **V.** | §<br>§<br>§<br>§ | _____ JUDICIAL DISTRICT |
| STACY GAUTREAUX<br>*Defendant.* | §<br>§ | GALVESTON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **LESLYE MALLARD AND WALTER HODGES**, Plaintiffs, complaining of Defendant, **STACY GAUTREAUX** and in support would show the Court as follows:

I.

Discovery is intended to be conducted under Level 2 of the Texas Rules of Civil Procedure 190.

II.

Plaintiff, **LESLYE MALLARD**, is a resident of Galveston County, Texas.

Plaintiff, **WALTER HODGES**, is a resident of Galveston County, Texas.

**PLAINTIFFS' ORIGINAL PETITION**                                    **Page 1 of 6**

Status Conference 07/10/2025

Defendant, **STACY GAUTREAUX**, is a resident of Lafayette County, Louisiana and may be served at his last known address, 313 Oak Springs Lane, Carencro, Lafayette County, Louisiana 70520. Please email citation to tstampley@gmfirm.com for private service.

III.

On February 16, 2024, Plaintiffs **LESLYE MALLARD AND WALTER HODGES** were traveling northbound on I45 Gulf Freeway in Galveston County, Texas. Defendant **STACY GAUTREAUX** was traveling northbound on I45 Gulf Freeway behind Plaintiffs. Plaintiffs had to stop due to a dog in the road. Suddenly and without warning, Defendant **STACY GAUTREAUX** failed to control speed and struck Plaintiff's vehicle from behind. This accident was a result of the Defendant, **STACY GAUTREAUX's** inability to control his speed, following too closely behind the Plaintiffs, maintain a proper lookout, and exercise reasonable caution. As a result of the collision, Plaintiffs were injured and continues to suffer injuries and damages from this incident.

IV.

At the time of the accident made the basis of this suit, Defendant, **STACY GAUTREAUX** was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

1.     failing to keep a proper lookout;

2.     failing to apply the brakes in time;

3.     failing to take evasive action;

**PLAINTIFFS' ORIGINAL PETITION**                                      **Page 2 of 6**

4.      engaging in activities inside the vehicle while driving;

5.       driver inattention ;

6.      failing to operate the vehicle in obedience to traffic laws and regulations;

7.      violating the TEX. TRANSP. CODE ANN. §545.401 *et seq.*;

8.      failing to keep a proper distance; and

9.      in failing to control speed.

Each of these acts and omissions, singularly or in combination with others, constitutes negligence, which was the proximate cause of this incident, and the injuries sustained by Plaintiffs.

## V.  NEGLIGENCE PER SE

Plaintiff further alleges Defendant was likewise guilty of violating the following statutes of the State of Texas, which was in full force and effect at the time and place of the incident. An unexcused violation of a statute constitutes negligence per se if that statute was designed to prevent injury to the class of persons to which the plaintiff belongs and the Plaintiff's injury is of a type that the statute was designed to prevent. *Perry v. S.N.*, 973 S.W.2d 301, 304-05 (Tex. 1998). As Plaintiff is a member of the class that the following statutes were designed to protect, and Plaintiff's injuries are of the type the statutes were designed to prevent, Defendant's violation of these statutes constitute negligence per se:

Texas Transportation Code §545.351: Maximum Speed

VIII

Nothing Plaintiff did or failed to do contributed to this accident.

IX.

**PLAINTIFFS' ORIGINAL PETITION**                                    **Page 3 of 6**

Plaintiffs seek recovery for the following:

1.    physical pain and disability sustained by Plaintiffs from date of injury to the time of trial;

2.    future physical pain and disability reasonably anticipated to be sustained by Plaintiff in the future;

3.    mental anguish and suffering sustained by Plaintiff from date of injury to time of trial;

4.    mental anguish and suffering reasonably anticipated to be suffered by Plaintiff in the future;

5.    loss of earnings sustained by Plaintiff from date of injury to time of trial;

6.    loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

7.    reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiffs' injuries from date of injury to time of trial;

8.    reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiff in the future for treatment of Plaintiffs' injuries;

9.    past and future physical disfigurement; and,

10.   past and future physical impairment.

As such, Plaintiffs, **LESLYE MALLARD AND WALTER HODGES**, pleads that she seeks monetary relief in the amount over $250,000.00 each but not more than $1,000,000.00.

## X.

If any injury or condition currently suffered was pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendant.

## XI.

**PLAINTIFFS' ORIGINAL PETITION**                                           **Page 4 of 6**

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff respectfully requests and demands a trial by jury.

### XII.

If  any injury or condition currently suffered occurred after, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendant.


## REQUEST FOR DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information of material described in Rule 194.2(b) 1 – 12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## RULE 193.7 NOTICE AND LIFE TABLES

Pursuant to 193.7 of the Texas Rules of Civil Procedure, Plaintiff gives actual notice to Defendant that any and all documents produced by Defendant may be used against Defendant at any pre-trial proceedings and/or trial of this matter without the necessity of authenticating the produced documents.

Plaintiff gives Notice to Defendant that Plaintiff intends to use the U.S. Life Tables as prepared by the United States Department of Health and Human Services in this cause.


WHEREFORE, PREMISES CONSIDERED, Plaintiffs, **LESLYE MALLARD AND WALTER HODGES**, pray that Defendant, **STACY GAUTREAUX** be cited to appear and answer, and that upon final trial, Plaintiffs' recover from Defendant, jointly and severally, a sum within the jurisdictional limits of the Court, costs of Court, pre-judgment and post-judgment

**PLAINTIFFS' ORIGINAL PETITION**                                    **Page 5 of 6**

interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiffs' may be justly entitled.

Respectfully submitted,

**GODSEY MARTIN, P.C.**

/s/Christopher D. Bertini
CHRISTOPHER D. BERTINI
SBN: 02256060
2950 North Loop West, Suite 400
Houston, TX 77092
gmlit@gmfirm.com -E-file
cbertini@gmfirm.com
713-581-8719, Ext. 8307 -Telephone
713-581-8700 Facsimile

**ATTORNEY FOR PLAINTIFF**

**PLAINTIFFS' ORIGINAL PETITION**                                    **Page 6 of 6**

## CITATION

### THE STATE OF TEXAS

**LESLYE MALLARD, ET AL VS. STACY GAUTREAUX**

**Cause No.: 25-CV-0624**
**10th District Court of Galveston County**

TO:     STACY GAUTREAUX
        313 Oak Springs Lane
        Carencro, LA  70520

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **10th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **April 16, 2025**. It bears cause number **25-CV-0624** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 21st day of April, 2025.**

Issued at the request of:
Christopher D Bertini
Godsey Martin, P.C.
2950 North Loop West, Suite 400
Houston, TX 77092

**John D. Kinard**, District Clerk
Galveston County, Texas



By _____
      Alondra Alvarez, Deputy

| The District Courts of Galveston County, Texas Status Conference Notice<br>Please calendar this event | | | | |
|---|---|---|---|---|
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | |
| Court Name | Status Conference Time | Court Phone Number | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

## Date :07/10/2025 set in the 10th District Court - Judge Rebecca Millo

## RETURN OF SERVICE

| Case No. 25-CV-0624 | In the 10th District Court |
|---|---|

**LESLYE MALLARD, Et Al vs. STACY GAUTREAUX**

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

**To:   STACY GAUTREAUX**
**313 Oak Springs Lane**
**Carencro, LA  70520**

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____
_____

| FEES: Serving CITATION and copy  $_____  TOTAL FEES AND MILEAGE $ | Mileage _____  miles @ $_____ per mile    Total $_____ |
|---|---|

Signed on _____day of _____, 20_____**Officer**

_____**County, TX**

_____**Deputy /Officer Signature**

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c).** The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
         **(First)           (Middle)           (Last)**

And my address is _____
                        **Street, City, State, Zip, County**

**"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."**

Executed in _____ County, State of _____, on _____.

| _____ | _____ |
|---|---|
| **Declarant/Authorized Process Server Signature** | **ID# and expiration of certification** |

OFFICIAL
COURT
DOCUMENT

FILED

**Wilson, Lori**

| | |
|---|---|
| **From:** | 10th Judicial District Court <10thjdc@galvestoncountytx.gov> |
| **Sent:** | Tuesday, July 1, 2025 4:08 PM |
| **To:** | 'cbertini@gmfirm.com' |
| **Subject:** | 25CV0624 - Leslye Mallard, et al. vs. Stacy Gautreax |

2025 JUL -2 AM 10: 39

DIST CLERK
GALVESTON COUNTY, TEXAS

   Be advised the Court has reset the status conference in this matter to 9/11/25, at 9 a.m.  In-person attendance by counsel is mandatory, and failure to appear will result in dismissal for want of prosecution.  It is the responsibility of plaintiff to give notice to all parties as they are served and/or answer.

   Thanks.



*Lori Wilson, CCM*
*10th District Court Certified Court Manager*
*for Judge Rebecca Millo*
*600 59th Street, Room 4305*
*Galveston, Texas 77551*
*(409) 766-2230*
*Facsimile: (409) 770-5266*

---

**From:** Wilson, Lori <Lori.Wilson@co.galveston.tx.us>
**Sent:** Wednesday, June 25, 2025 8:47 AM
**To:** 10th Judicial District Court <10thjdc@galvestoncountytx.gov>
**Subject:** FW: 25-CV-0624

---

**From:** Galveston County <galco@galvestoncountytx.gov>
**Sent:** Wednesday, June 25, 2025 8:46:53 AM (UTC-06:00) Central Time (US & Canada)
**To:** Wilson, Lori <Lori.Wilson@co.galveston.tx.us>
**Subject:** 25-CV-0624

Message submitted from the <Galveston County, TX> website.

**Site Visitor Name:** Chris Bertini
**Site Visitor Email:** cbertini@gmfirm.com

Lori,
Been a long time, so sorry about Kerry, great man.

25 – CV – 0624
DCNOFCS
Notice – From Court of Setting Date
3011666



I have a status conference on this one Monday and the defendant has not been served yet. Can we get a 60 day reset?



1 citation to be issued via email. Assigned to A. A.

Case 3:25-cv-00219    Document 1-1    Filed on 07/11/25 in TXSD    Page 23 of 51

# Case

Case Number
25-CV-0624

Description
LESLYE MALLARD, Et Al vs. STACY GAUTREAUX

Location
Galveston County - 10th District Court

Category
Civil - Injury or Damage

Case Type
Motor Vehicle Accident

Status

Filed Date
04/16/2025 3:54 PM CDT

Judge
Millo, Rebecca

# Envelope # 99759949

| | |
|---|---|
| Submit Date<br>04/16/2025 3:54 PM CDT | Docket Date<br>04/16/2025 3:54 PM CDT |
| Filing Attorney<br>Christopher David Bertini | Filed By<br>Jlynn Green |
| Filing Source<br>Odyssey File & Serve | Firm Name<br>The Godsey Law Firm, P.C. |
| Firm Address<br>15000 Surveyor Blvd<br>ADDISON, Texas 75001 | Firm Phone<br>214-744-3339 |
| Filer Email<br>jgreen@gmfirm.com | Filer Type<br>Not Applicable |

# Existing Parties                                                    3 Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | LESLYE MALLARD | Christopher David Bertini |
| Defendant | STACY GAUTREAUX | |
| Plaintiff | WALTER HODGES | Christopher David Bertini |

# Filings                                                             1 Filing(s)

## Original Petition - OCA (1-10 plantiffs)

Status
Accepted By Court

Filing Type
EFile

Reference Number

Filing Description
Plaintiff's Original Petition

Filing Comments

Filing Courtesy Copies

Review Date
04/17/2025 9:19 AM CDT

Accept Comments

## Documents

| Component | Document Name | Description | Security | Download Version | Document Size |
|---|---|---|---|---|---|
| Lead Document | Plainitffs Original Petition .pdf | Plaintiff's Original Petition.pdf | Does not contain sensitive data | Original Transmitted | 150.67 KB 163.54 KB |

## Fees

### Description of Fees and Amounts

**Original Petition - OCA (1-10 plantiffs)**

| | |
|---|---|
| Filing Fee | $0.00 |
| Issue Citation | $8.00 |
| | Filing Total: $8.00 |

**Total Fees**

| | |
|---|---|
| Total Filing Fees | $8.00 |
| Court Case Fee | $350.00 |
| Payment Service Fee | $10.35 |
| | Envelope Total: $368.35 |

### Payment Information

Payment Account
ST VISA [7342]

Payment Type
CreditCard

Party Responsible for Fees
LESLYE MALLARD

Order ID
099759949-1

Transaction Amount
$368.35

Transaction ID
147197558

Transaction Response
Payment Complete

CLOSE

**The District Courts of Galveston County, Texas Status Conference Notice**

**Please calendar this event**

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date: 07/10/2025  set in the 10th District Court**

| Case Number: | 25-CV-0624 |
|---|---|
| Case Style:  LESLYE MALLARD, Et Al vs. STACY GAUTREAUX | |

*Helpful Information: Please visit our website at*
*http://www.galvestoncountytx.gov/dc/Pages/default.aspx*

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*Helpful Links to Legal Resources and sites*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Refine Search  Back          Location : Galveston County    Images

# CASE SUMMARY
## CASE NO. 25-CV-0624

| | | |
|---|---|---|
| **LESLYE MALLARD, Et Al vs. STACY GAUTREAUX** | § § § § § § § | Case Type: **Injury/Damage - Motor Vehicle**<br>Date Filed: **04/16/2025**<br>Location: **10th District Court**<br>Judicial Officer: **Millo, Rebecca** |

### PARTY INFORMATION

|  |  | **Lead Attorneys** |
|---|---|---|
| **Defendant** | **GAUTREAUX, STACY**<br>313 Oak Springs Lane<br>Carencro, LA 70520 | |
| **Plaintiff** | **HODGES, WALTER**<br>2950 North Loop West Fwy<br>Suite 400<br>Houston, TX 77092 | **Christopher D Bertini**<br>*Retained*<br>713-581-8719 x8307(W)<br>713-581-8700(F)<br>cbertini@gmfirm.com |
| **Plaintiff** | **MALLARD, LESLYE**<br>2950 North Loop West Fwy<br>Suite 400<br>Houston, TX 77092 | **Christopher D Bertini**<br>*Retained*<br>713-581-8719 x8307(W)<br>713-581-8700(F)<br>cbertini@gmfirm.com |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/16/2025 | **Original Petition - OCA**<br>*Plaintiff's Original Petition* |
| 04/17/2025 | **Request for Civil Service**<br>*1 citation to be issued via email. Assigned to A.A.* |
| 04/17/2025 | **Status Conference Sheet**<br>*Emailed to attorney* |
| 04/17/2025 | **Receipt Acknowledge**<br>*of Status Conference* |
| 04/21/2025 | **Citation Issuance - Work Product**<br>*issued citation, emailed per request* |
| 04/21/2025 | **Receipt Acknowledge**<br>*of e citation* |
| 07/02/2025 | **Notice - From Court of Setting Date** (Judicial Officer: Millo, Rebecca )<br>*court has reset the status conference in this matter to 09/11/25@9am* |
| 09/11/2025 | **Status Conference**  (9:00 AM) (Judicial Officer Millo, Rebecca)<br>*(\*RESET FROM 7/10/25). IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR<br>WANT OF PROSECUTION.*<br><br>*07/10/2025 Reset by Court to 09/11/2025* |

**Unofficial Record**

## CITATION

### THE STATE OF TEXAS

LESLYE MALLARD, ET AL VS. STACY GAUTREAUX

Cause No.: 25-CV-0624
10th District Court of Galveston County

TO:    STACY GAUTREAUX
       313 Oak Springs Lane
       Carencro, LA 70520

**GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **10th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed April 16, 2025. It bears cause number **25-CV-0624** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 21st day of April, 2025.**

Issued at the request of:
Christopher D Bertini
Godsey Martin, P.C.
2950 North Loop West, Suite 400
Houston, TX 77092



John D. Kinard, District Clerk
Galveston County, Texas

By    Alondra Alvarez, Deputy

---

### The District Courts of Galveston County, Texas Status Conference Notice
### Please calendar this event

| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) | | | | | |
|---|---|---|---|---|---|
| Court Name | Status Conference Time | Court Phone Number | | | |
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

### Date :07/10/2025 set in the 10th District Court - Judge Rebecca Millo

## RETURN OF SERVICE

| Case No. 25-CV-0624 | In the 10th District Court |
| --- | --- |
| LESLYE MALLARD, Et Al vs. STACY GAUTREAUX | |

Come to hand on _____ _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

To:    STACY GAUTREAUX
       313 Oak Springs Lane
       Carenero, LA 70520

| SERVED: | | ADDRESS/LOCATION | |
| --- | --- | --- | --- |
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
| | | | |
| | | | |
| | | | |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

| FEES: Serving CITATION and copy  $_____ | | |
| --- | --- | --- |
| TOTAL FEES AND MILEAGE $ | Mileage _____ miles @ $_____ per mile    Total $ _____ | |

Signed on _____ day of _____ 20_____                                    **Officer**

                                                                                    **County, TX**

                                                                        **Deputy /Officer Signature**

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with rule **107 (c)**.The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.

"My name is _____, my date of birth is_____
                (First)            (Middle)            (Last)

And my address is _____
                                Street, City, State, Zip, County

        "I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."

Executed in _____ County, State of _____, on _____.

| Declarant/Authorized Process Server Signature | ID# and expiration of certification |
| --- | --- |

Filed: 4/18/2025 3:54 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 99759949
By: Marissa Medina
4/17/2025 9:17 AM

25-CV-0624

CAUSE NO. _____

| | | |
|---|---|---|
| LESLYE MALLARD AND WALTER HODGES | § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| | § | Galveston County - 10th District Court |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| STACY GAUTREAUX | § | GALVESTON COUNTY, TEXAS |
| *Defendant.* | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **LESLYE MALLARD AND WALTER HODGES**, Plaintiffs, complaining of Defendant, **STACY GAUTREAUX** and in support would show the Court as follows:

I.

Discovery is intended to be conducted under Level 2 of the Texas Rules of Civil Procedure 190.

II.

Plaintiff, **LESLYE MALLARD**, is a resident of Galveston County, Texas.

Plaintiff, **WALTER HODGES**, is a resident of Galveston County, Texas.

**PLAINTIFFS' ORIGINAL PETITION**                                              **Page 1 of 6**

Status Conference 07/10/2025

Defendant, **STACY GAUTREAUX**, is a resident of Lafayette County, Louisiana and may be served at his last known address, 313 Oak Springs Lane, Carencro, Lafayette County, Louisiana 70520. Please email citation to tstampley@gmfirm.com for private service.

### III.

On February 16, 2024, Plaintiffs **LESLYE MALLARD AND WALTER HODGES** were traveling northbound on I45 Gulf Freeway in Galveston County, Texas. Defendant **STACY GAUTREAUX** was traveling northbound on I45 Gulf Freeway behind Plaintiffs. Plaintiffs had to stop due to a dog in the road.    Suddenly and without warning, Defendant **STACY GAUTREAUX** failed to control speed and struck Plaintiff's vehicle from behind. This accident was a result of the Defendant, **STACY GAUTREAUX's** inability to control his speed, following too closely behind the Plaintiffs, maintain a proper lookout, and exercise reasonable caution. As a result of the collision, Plaintiffs were injured and continues to suffer injuries and damages from this incident.

### IV.

At the time of the accident made the basis of this suit, Defendant, **STACY GAUTREAUX** was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

1.    failing to keep a proper lookout;

2.    failing to apply the brakes in time;

3.    failing to take evasive action;

**PLAINTIFFS' ORIGINAL PETITION**                                              **Page 2 of 6**

4.    engaging in activities inside the vehicle while driving;

5.     driver inattention ;

6.    failing to operate the vehicle in obedience to traffic laws and regulations;

7.    violating the TEX. TRANSP. CODE ANN. §545.401 *et seq*.;

8.    failing to keep a proper distance; and

9.    in failing to control speed.

Each of these acts and omissions, singularly or in combination with others, constitutes negligence, which was the proximate cause of this incident, and the injuries sustained by Plaintiffs.

## V.  NEGLIGENCE PER SE

Plaintiff further alleges Defendant was likewise guilty of violating the following statutes of the State of Texas, which was in full force and effect at the time and place of the incident. An unexcused violation of a statute constitutes negligence per se if that statute was designed to prevent injury to the class of persons to which the plaintiff belongs and the Plaintiff's injury is of a type that the statute was designed to prevent. *Perry v. S.N.*, 973 S.W.2d 301, 304-05 (Tex. 1998). As Plaintiff is a member of the class that the following statutes were designed to protect, and Plaintiff's injuries are of the type the statutes were designed to prevent, Defendant's violation of these statutes constitute negligence per se:

Texas Transportation Code §545.351: Maximum Speed

VIII

Nothing Plaintiff did or failed to do contributed to this accident.

IX.

**PLAINTIFFS' ORIGINAL PETITION**                                      **Page 3 of 6**

Plaintiffs seek recovery for the following:

1.     physical pain and disability sustained by Plaintiffs from date of injury to the time of trial;

2.     future physical pain and disability reasonably anticipated to be sustained by Plaintiff in the future;

3.     mental anguish and suffering sustained by Plaintiff from date of injury to time of trial;

4.     mental anguish and suffering reasonably anticipated to be suffered by Plaintiff in the future;

5.     loss of earnings sustained by Plaintiff from date of injury to time of trial;

6.     loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiff in the future;

7.     reasonable and necessary medical expenses incurred by Plaintiff in the treatment of Plaintiffs' injuries from date of injury to time of trial;

8.     reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiff in the future for treatment of Plaintiffs' injuries;

9.     past and future physical disfigurement; and,

10.     past and future physical impairment.

As such, Plaintiffs, **LESLYE MALLARD AND WALTER HODGES**, pleads that she seeks monetary relief in the amount over $250,000.00 each but not more than $1,000,000.00.

## X.

If any injury or condition currently suffered was pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendant.

## XI.

**PLAINTIFFS' ORIGINAL PETITION**                      **Page 4 of 6**

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff respectfully requests and demands a trial by jury.

## XII.

If any injury or condition currently suffered occurred after, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendant.

## REQUEST FOR DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194(a), each Defendant is required to disclose, within thirty (30) days of the filing of the first answer, the information of material described in Rule 194.2(b) 1 – 12. Any Defendant that is served or otherwise joined after the filing of the first answer must make their initial disclosures within thirty (30) days after being served or joined.

## RULE 193.7 NOTICE AND LIFE TABLES

Pursuant to 193.7 of the Texas Rules of Civil Procedure, Plaintiff gives actual notice to Defendant that any and all documents produced by Defendant may be used against Defendant at any pre-trial proceedings and/or trial of this matter without the necessity of authenticating the produced documents.

Plaintiff gives Notice to Defendant that Plaintiff intends to use the U.S. Life Tables as prepared by the United States Department of Health and Human Services in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, **LESLYE MALLARD AND WALTER HODGES**, pray that Defendant, **STACY GAUTREAUX** be cited to appear and answer, and that upon final trial, Plaintiffs' recover from Defendant, jointly and severally, a sum within the jurisdictional limits of the Court, costs of Court, pre-judgment and post-judgment

**PLAINTIFFS' ORIGINAL PETITION**                                    **Page 5 of 6**

interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiffs' may be justly entitled.

Respectfully submitted,

**GODSEY MARTIN, P.C.**

/s/Christopher D. Bertini
CHRISTOPHER D. BERTINI
SBN: 02256060
2950 North Loop West, Suite 400
Houston, TX 77092
gmlit@gmfirm.com -E-file
cbertini@gmfirm.com
713-581-8719, Ext. 8307 -Telephone
713-581-8700 Facsimile

**ATTORNEY FOR PLAINTIFF**

**PLAINTIFFS' ORIGINAL PETITION**                                        **Page 6 of 6**

**CITATION**

---

**THE STATE OF TEXAS**

**LESLYE MALLARD, ET AL VS. STACY GAUTREAUX**

**Cause No.: 25-CV-0624**
**10th District Court of Galveston County**

TO:     STACY GAUTREAUX
        **313 Oak Springs Lane**
        **Carencro, LA  70520**

---

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

---

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **10th District Court** of Galveston County sitting in Galveston, Texas, and the **Original Petition - OCA** was filed **April 16, 2025**. It bears cause number **25-CV-0624** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, **on this the 21st day of April, 2025.**

Issued at the request of:
Christopher D Bertini
Godsey Martin, P.C.
2950 North Loop West, Suite 400
Houston, TX 77092



**John D. Kinard**, District Clerk
Galveston County, Texas

By _____
    Alondra Alvarez, Deputy

---

| The District Courts of Galveston County, Texas Status Conference Notice |||||
|:---:|:---:|:---:|:---:|:---:|
| **Please calendar this event** |||||
| All Status Conferences will be set for Thursdays (subject to exceptions for county holidays) |||||
| Court Name | Status Conference Time | Court Phone Number |||
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date :07/10/2025 set in the 10th District Court - Judge Rebecca Millo**

## RETURN OF SERVICE

| Case No. 25-CV-0624 | In the 10th District Court |
|---|---|

**LESLYE MALLARD, Et Al vs. STACY GAUTREAUX**

Come to hand on _____ at _____ o'clock _____.m., and executed in _____County, Texas by delivering to each of the within named party in person, a true copy of the CITATION with the delivery endorsed thereon, together with the accompanying copy of the **Original Petition - OCA** at the following times and places, to wit:

To:   STACY GAUTREAUX
      313 Oak Springs Lane
      Carencro, LA  70520

| SERVED: | | ADDRESS/LOCATION | |
|---|---|---|---|
| DATE | TIME | PLACE, COURSE, AND DISTANCE FROM COURT HOUSE | MILEAGE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

and **NOT** executed as to said above named defendant for the reasons shown below:

The diligence used in finding said within named defendant and the **cause or failure to execute** this process is for the following

reason:_____

_____

| FEES: Serving CITATION and copy  $_____ | Mileage _____ miles @ $_____ per mile    Total $_____ |
|---|---|
| **TOTAL FEES AND MILEAGE $** | |

Signed on _____day of _____, 20_____**Officer**

_____**County, TX**

_____**Deputy /Officer Signature**

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF COURT

In accordance with **rule 107 (c).**The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. **If the return is signed by a person other than a sheriff, constable, or clerk of the court the return shall be signed under penalty of perjury and contain the following statement.**

"My name is _____, my date of birth is_____
          **(First)**        **(Middle)**      **(Last)**

And my address is _____
                   **Street, City, State, Zip, County**

    **"I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT."**

**Executed in** _____ **County, State of** _____, **on** _____.

| _____ | _____ |
|---|---|
| **Declarant/Authorized Process Server Signature** | **ID# and expiration of certification** |

OFFICIAL
COURT
DOCUMENT

**Wilson, Lori**

FILED

2025 JUL -2 AM 10: 39

DIST CLERK
GALVESTON COUNTY, TEXAS

| | |
|---|---|
| **From:** | 10th Judicial District Court <10thjdc@galvestoncountytx.gov> |
| **Sent:** | Tuesday, July 1, 2025 4:08 PM |
| **To:** | 'cbertini@gmfirm.com' |
| **Subject:** | 25CV0624 - Leslye Mallard, et al. vs. Stacy Gautreax |

Be advised the Court has reset the status conference in this matter to 9/11/25, at 9 a.m.  In-person attendance by counsel is mandatory, and failure to appear will result in dismissal for want of prosecution.  It is the responsibility of plaintiff to give notice to all parties as they are served and/or answer.

Thanks.



*Lori Wilson, CCM*
*10th District Court Certified Court Manager*
*for Judge Rebecca Millo*
*600 59th Street, Room 4305*
*Galveston, Texas 77551*
*(409) 766-2230*
*Facsimile: (409) 770-5266*

---

**From:** Wilson, Lori <Lori.Wilson@co.galveston.tx.us>
**Sent:** Wednesday, June 25, 2025 8:47 AM
**To:** 10th Judicial District Court <10thjdc@galvestoncountytx.gov>
**Subject:** FW: 25-CV-0624

---

**From:** Galveston County <galco@galvestoncountytx.gov>
**Sent:** Wednesday, June 25, 2025 8:46:53 AM (UTC-06:00) Central Time (US & Canada)
**To:** Wilson, Lori <Lori.Wilson@co.galveston.tx.us>
**Subject:** 25-CV-0624

Message submitted from the <Galveston County, TX> website.

**Site Visitor Name:** Chris Bertini
**Site Visitor Email:** cbertini@gmfirm.com

Lori,
Been a long time, so sorry about Kerry, great man.



25-CV-0624
DCNOFCS
Notice – From Court of Setting Date
3011666

1

I have a status conference on this one Monday and the defendant has not been served yet. Can we get a 60 day reset?



1 citation to be issued via email. Assigned to A. A.

Case 3:25-cv-00219    Document 1-1    Filed on 07/11/25 in TXSD    Page 39 of 51

# Case

**Case Number**
25-CV-0624

**Description**
LESLYE MALLARD, Et Al vs. STACY GAUTREAUX

**Location**
Galveston County - 10th District Court

**Category**
Civil - Injury or Damage

**Case Type**
Motor Vehicle Accident

**Status**

**Filed Date**
04/16/2025 3:54 PM CDT

**Judge**
Millo, Rebecca

# Envelope # 99759949

**Submit Date**
04/16/2025 3:54 PM CDT

**Docket Date**
04/16/2025 3:54 PM CDT

**Filing Attorney**
Christopher David Bertini

**Filed By**
Jlynn Green

**Filing Source**
Odyssey File & Serve

**Firm Name**
The Godsey Law Firm, P.C.

**Firm Address**
15000 Surveyor Blvd
ADDISON, Texas 75001

**Firm Phone**
214-744-3339

**Filer Email**
jgreen@gmfirm.com

**Filer Type**
Not Applicable

# Existing Parties                                          3 Parties

| Party Type | Party Name | Lead Attorney |
| --- | --- | --- |
| Plaintiff | LESLYE MALLARD | Christopher David Bertini |
| Defendant | STACY GAUTREAUX | |
| Plaintiff | WALTER HODGES | Christopher David Bertini |

# Filings                                                   1 Filing(s)

## Original Petition - OCA (1-10 plantiffs)

**Status**
Accepted By Court

**Filing Type**
EFile

**Reference Number**

**Filing Description**
Plaintiff's Original Petition

**Filing Comments**

Filing Courtesy Copies

Review Date
04/17/2025 9:19 AM CDT

Accept Comments

## Documents

| Component | Document Name | Description | Security | Download Version | Document Size |
|-----------|---------------|-------------|----------|------------------|---------------|
| Lead Document | Plainitffs Original Petition .pdf | Plaintiff's Original Petition.pdf | Does not contain sensitive data | Original Transmitted | 150.67 KB 163.54 KB |

## Fees

### Description of Fees and Amounts

**Original Petition - OCA (1-10 plantiffs)**

| | |
|---|---|
| Filing Fee | $0.00 |
| Issue Citation | $8.00 |
| | Filing Total: $8.00 |

**Total Fees**

| | |
|---|---|
| Total Filing Fees | $8.00 |
| Court Case Fee | $350.00 |
| Payment Service Fee | $10.35 |
| | Envelope Total: $368.35 |

### Payment Information

Payment Account
ST VISA [7342]

Payment Type
CreditCard

Party Responsible for Fees
LESLYE MALLARD

Order ID
099759949-1

Transaction Amount
$368.35

Transaction ID
147197558

Transaction Response
Payment Complete

CLOSE

**The District Courts of Galveston County, Texas Status Conference Notice**

**Please calendar this event**

**All Status Conferences will be set for Thursdays (subject to exceptions for county holidays)**

| Court Name | Status Conference Time | Court Phone Number | | |
|---|---|---|---|---|
| 10th District Court | @ 9:00 A.M. | 409-766-2230 | Fax | 409-770-5266 |
| 56th District Court | @ 9:30 A.M. | 409-766-2226 | Fax | 409-770-5264 |
| 122nd District Court | @ 9:00 A.M. | 409-766-2275 | Fax | 409-770-6265 |
| 212th District Court | @ 9:00 A.M. | 409- 766-2266 | Fax | 409-765-2610 |
| 405th District Court | @ 10:00 A.M. | 409-765-2688 | Fax | 409-765-2689 |

**Date: 07/10/2025  set in the 10th District Court**

| Case Number: | 25-CV-0624 |
|---|---|
| Case Style:  LESLYE MALLARD, Et Al vs. STACY GAUTREAUX | |

*Helpful Information: Please visit our website at*
*http://www.galvestoncountytx.gov/dc/Pages/default.aspx*

*FAQ*

*Forms*

*Fee Schedules*

*Remote Access to on-line case record searches*

*Contact and Mailing information*

*Passport Services*

*E Filing Information*

*Helpful Links to Legal Resources and sites*

**Notice: If this case is filed as an expedited action pursuant to Rule 169 of the Texas Rules of Civil Procedure, please contact the Court to inform them of the same as soon as possible.**

Skip to Main Content   Logout   My Account   Search Menu   New Case Search   Refine Search   Back                    Location : Galveston County    Images

# CASE SUMMARY
## CASE NO. 25-CV-0624

| | | | |
|---|---|---|---|
| LESLYE MALLARD, Et Al vs. STACY GAUTREAUX | § <br> § <br> § <br> § <br> § <br> § | Case Type: | **Injury/Damage - Motor Vehicle** |
| | | Date Filed: | **04/16/2025** |
| | | Location: | **10th District Court** |
| | | Judicial Officer: | **Millo, Rebecca** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **GAUTREAUX, STACY** <br> 313 Oak Springs Lane <br> Carencro, LA 70520 | |
| **Plaintiff** | **HODGES, WALTER** <br> 2950 North Loop West Fwy <br> Suite 400 <br> Houston, TX 77092 | **Christopher D Bertini** <br> *Retained* <br> 713-581-8719 x8307(W) <br> 713-581-8700(F) <br> cbertini@gmfirm.com |
| **Plaintiff** | **MALLARD, LESLYE** <br> 2950 North Loop West Fwy <br> Suite 400 <br> Houston, TX 77092 | **Christopher D Bertini** <br> *Retained* <br> 713-581-8719 x8307(W) <br> 713-581-8700(F) <br> cbertini@gmfirm.com |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/16/2025 | **Original Petition - OCA** <br> *Plaintiff's Original Petition* |
| 04/17/2025 | **Request for Civil Service** <br> *1 citation to be issued via email. Assigned to A.A.* |
| 04/17/2025 | **Status Conference Sheet** <br> *Emailed to attorney* |
| 04/17/2025 | **Receipt Acknowledge** <br> *of Status Conference* |
| 04/21/2025 | **Citation Issuance - Work Product** <br> *issued citation, emailed per request* |
| 04/21/2025 | **Receipt Acknowledge** <br> *of e citation* |
| 07/02/2025 | **Notice - From Court of Setting Date** (Judicial Officer: Millo, Rebecca ) <br> *court has reset the status conference in this matter to 09/11/25@9am* |
| 09/11/2025 | **Status Conference** (9:00 AM) (Judicial Officer Millo, Rebecca) <br> *(\*RESET FROM 7/10/25). IN-PERSON ATTENDANCE BY COUNSEL IS MANDATORY. FAILURE TO DO SO MAY RESULT IN DISMISSAL FOR WANT OF PROSECUTION.* <br> *07/10/2025 Reset by Court to 09/11/2025* |

---

**Unofficial Record**

25-CV-0624; *Leslie Mallard and Walter Hodges v. Stacy Gautreaux;*
In the 10th District Court of Galveston County, Texas

## INDEX OF STATE COURT FILINGS

| DOC NO. | FILING DATE: | DOCUMENT NAME: |
|---------|--------------|----------------|
| 1. | 04-16-2025 | Plaintiff's Original Petition |
| 2. | 04-17-2025 | Request for Civil Service |
| 3. | 04-17-2025 | Status Conference Sheet |
| 4. | 04-17-2025 | Receipt Acknowledgement: Email |
| 5. | 04-21-2025 | Citation Issuance to Stacy Gautreaux |
| 6. | 04-21-2025 | Receipt Acknowledgement: Email |
| 7. | 07-02-2025 | Notice – From Court Setting Date |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LESLYE MALLARD AND | § | |
| WALTER HODGES | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-00219 |
| | § | |
| STACY GAUTREAUX | § | |
| *Defendant*. | § | |
| | § | Defendant Demands A Jury. |

## ALL PARTIES LISTED IN SUIT

To the Honorable United States District Court:

Defendant Stacy Gautreaux, by and though its undersigned counsel, provides

the following contact information for all parties in this suit.

**Leslye Mallard**
c/o her attorney:
Christopher D. Bertini
State Bar No. 02256060
gmlit@gmfirm.com - Service Email
cbertini@gmfirm.com
**GODSEY MARTIN, P.C.**
2950 North Loop West, Suite 400
Houston, Texas 77092
(713) 581-8719, ext. 8307
(713) 581-8700 Facsimile
***Attorneys for Plaintiff***

**Walter Hodges**
c/o his attorney:
Christopher D. Bertini
State Bar No. 02256060
gmlit@gmfirm.com - Service Email
cbertini@gmfirm.com
**GODSEY MARTIN, P.C.**
2950 North Loop West, Suite 400
Houston, Texas 77092
(713) 581-8719, ext. 8307
(713) 581-8700 Facsimile
*Attorneys for Plaintiff*

**Stacy Gautreaux**
c/o attorneys:
Brendan P. Doherty
bdoherty@labordesiegel.com
State Bar No. 24075923
Sonia Lopez
slopez@labordesiegel.com
State Bar No. 24116687
**LABORDE SIEGEL LLC**
5151 San Felipe, Suite 750
Houston, Texas 77056
832-255-6000 Telephone
832-255-6001 Facsimile
*Attorneys for Defendant*

Respectfully submitted,

**LABORDE SIEGEL LLC**

_____
BRENDAN P. DOHERTY

2

Texas State Bar No. 24075923
bdoherty@labordesiegel.com
SONIA LOPEZ
Texas State Bar No. 24116687
slopez@labordesiegel.com
5151 San Felipe, Suite 750
Houston, Texas 77056
(832) 255-6000 Telephone
(832) 255-6001 Facsimile
*COUNSEL FOR DEFENDANT*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been served to all counsel of record via the Court's electronic case management system on this 11th day of July 2025.

_____
SONIA LOPEZ

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **LESLYE MALLARD AND** | § | |
| **WALTER HODGES,** | § | |
|     *Plaintiffs,* | § | |
| | § | **CIVIL ACTION** |
| **vs.** | § | **NO. 3:25-cv-00219** |
| | § | |
| **STACY GAUTREAUX,** | § | |
|     *Defendant.* | § | |

## <u>CERTIFICATE OF SERVICE IN A REMOVED ACTION</u>

I certify compliance with the order of the court entered upon filing of the petition for removal of this action.

On <u>07/11/2025</u>, I served on all other parties copies of (1) the Order for Conference and Disclosure of Interested Parties, and (2) the Galveston District Court Rules of Practice.

Respectfully submitted,

Brendan P. Doherty
Texas Bar No. 24075923
bdoherty@labordesiegel.com
Sonia Lopez
Texas Bar No. 24116687
slopez@labordesiegel.com
**LABORDE SIEGEL LLC**
5151 San Felipe, Suite 750
Houston, Texas 77056
(832) 255-6000 Telephone

(832) 255-6001 Facsimile
***ATTORNEYS FOR***
***DEFENDANT STACY***
***GAUTREAUX***

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been served to all counsel of record via the Court's electronic case management system on this 11th day of July, 2025.

Brendan P. Doherty

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LESLYE MALLARD AND | § | |
| WALTER HODGES, | § | |
|     *Plaintiffs,* | § | |
| | § | CIVIL ACTION |
| vs. | § | NO. 3:25-cv-00219 |
| | § | |
| STACY GAUTREAUX, | § | |
|     *Defendant.* | § | |

## STACY GAUTREAUX
## CERTIFICATE OF INTERESTED PARTIES

Defendant Stacy Gautreaux (hereinafter "Removing Defendant"),

by and through counsel, provide the following, in accordance with Federal

Rule of Civil Procedure 7.1:

(1) Any parent corporation and any publicly held corporation owning 10% or more of its stock. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

RESPONSE: (a) Stacy Gautreaxu (individual), (b) Burner Fire Control Inc., has no parent company or publicly held corporation owning 10% or more of its stock, (d) Imperium Insurance Company is, a private, non-governmental party, and is a wholly-owned subsidiary of Skyward Specialty Insurance Company, a private corporation.

Respectfully Submitted,

Brendan P. Doherty

Texas Bar No. 24075923
bdoherty@labordesiegel.com
Sonia Lopez
Texas Bar No. 24116687
slopez@labordesiegel.com
**LABORDE SIEGEL LLC**
5151 San Felipe, Suite 750
Houston, Texas 77056
(832) 255-6000 Telephone
(832) 255-6001 Facsimile
***ATTORNEYS FOR DEFENDANT***
***STACY GAUTREAUX***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record via the CM/ECF electronic filing system or facsimile on this 11th day of July, 2025.


_____
Brendan P. Doherty